118 U.S. 230
 6 S.Ct. 1049
 30 L.Ed. 210
 WELLS and others
v.
WILKINS, Sheriff, etc. (Four Cases.)
GOLDSTUCKER and others
v.
SAME.
 Filed May 10, 1886.
 
 Alex. Porter Morse and J. D. Thompson, for the motion.
 C. C. Yonge, Sr., in opposition.
 WAITE, C. J.
 
 
 1
 These motions are denied. The additional affidavits which have been filed fail to satisfy us that the value of the matter in dispute is sufficient to give us jurisdiction. While the aggregate of the values in all the suits may exceed $5,000, it is clear to our minds that the value of the property involved in no one of the suits reaches that sum, or anything like it.